

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2015

No. 04-14-00825-CV

**IN THE INT OF JNA, JAA, ABD,** Children,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02932
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The above cause has been set for formal submission ON BRIEFS ONLY before this Court on March 25, 2015, before a panel consisting of Justice Angelini, Justice Alvarez, and Justice Pulliam.

It is so ORDERED on this 11th day of March, 2015.

**PER CURIAM**

ATTESTED TO:_____
        Keith E. Hottle
        Clerk of Court